# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0477. SHELLEY LOVELACE v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

Shelley Lovelace filed this direct appeal from a superior court order reviewing a decision by the Georgia Department of Labor's Board of Review. However, under OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Lovelace's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/17/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*